**Order entered October 14, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00032-CR

**PEDRO SEGURA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00572-422-F**

## ORDER

Before the Court is State's October 9, 2015 Motion to Extend the Time for Filing the State's Brief to Permit Filing of Late Brief. We **GRANT** State's motion to extend time to file its response brief and **ORDER** the brief tendered to the Clerk of the Court on October 9, 2015, filed as of the date of this order.

/s/      DAVID J. SCHENCK
JUSTICE